UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANN M. FITTANTE

          Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____/

Case No. 2:23-cv-85

Hon. Maarten Vermaat
U.S. Magistrate Judge

## **JUDGMENT**

In accordance with the Opinion issued herewith, **IT IS ORDERED** that the ALJ's decision is **AFFIRMED**.

Dated: January 23, 2024

/s/ *Maarten Vermaat*
Maarten Vermaat
U. S. MAGISTRATE JUDGE